IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINSTON HINDS | : | CIVIL ACTION |
| Inmate No. 68867-066 | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY CORRECTIONAL | : | |
| FACILITY, et al. | : | NO. 15-2559 |

ORDER

**AND NOW**, this 5th day of April, 2016, it is hereby

ORDERED

that a settlement conference will be held before the undersigned on **April 27, 2016** at **2:30 p.m.** by video-conference with plaintiff remaining at Schuylkill - Federal Correctional Institution. Officials at Schuylkill-FCI shall cooperate and assist in the facilitation of the hearing.

All other parties shall attend the conference at the United States Courthouse, Courtroom 3-C, Third Floor, 601 Market Street, Philadelphia, Pennsylvania 19106, at the above date and time.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge