```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


WINSTON HINDS,                        :      CIVIL ACTION
                                      :      No. 15-02559
          Plaintiff,                  :
                                      :
                                      :
     v.                               :
                                      :
BUCKS COUNTY CORRECTIONAL             :
FACILITY, et al.,                     :
                                      :
          Defendants.                 :
```

## O R D E R

**AND NOW**, this **27th** day of **May, 2016,** it having been reported that the issues between the parties in the above-captioned action have been settled, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that the above-captioned action is **DISMISSED with prejudice**, pursuant to agreement of counsel without costs.

The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from record, for any cause shown, entry of the order of dismissal. Local Rule of Civil Procedure 41.1(b); see Sawka v. Healtheast, Inc., 989 F.2d 138 (3d Cir. 1993).

**AND IT IS SO ORDERED.**


                         **/s/ Eduardo C. Robreno**
                         **EDUARDO C. ROBRENO,    J.**